## Commonwealth *v.* Selby, Appellant.

Before RIBNER, J.

718

Submitted September 9, 1974. *Manuel Grife,* and *Gever, Grife and Pollack,* for appellant; *Geoffrey H. Keppel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.